RYAN A. KENT, ESQ. *pro hac vice*    +
LAW OFFICE OF RYAN KENT
30 Mitchell Boulevard
San Rafael, CA 94903
CA State Bar No. 169810
Fax:            (415) 479-4358
Email:          ryan@ryankentlaw.com
Telephone:      (415) 479-4356

Attorney for Plaintiff
Jessica Harrelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA HARRELSON;<br><br>   Plaintiff,<br><br>vs.<br><br>SEUNG HEUN LEE; DAHN YOGA & HEALTH CENTERS, INC.; TAO FELLOWSHIP, DAHN INSTITUTE, INC.; BR CONSULTING; INC.; MAGO EARTH, INC.; VORTEX, INC.; OASIS ARABIANS, LLC and DOES 1 to 100, Inclusive.<br><br>   Defendants. | Case No.  1:09-cv-11714<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff JESSICA HARRELSON voluntarily dismisses the above captioned action without prejudice as to Defendants DAHN YOGA & HEALTH CENTERS, INC., TAO FELLOWSHIP, DAHN INSTITUTE, INC., BR CONSULTING; INC., MAGO EARTH, INC., VORTEX, INC.; and OASIS ARABIANS, LLC only.

DATED:  February 8, 2010

By: /s/ Ryan A. Kent

COMPLAINT

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ryan A. Kent
Attorney for Plaintiff
Jessica Harrelson

COMPLAINT

CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Angela Parker, hereby certify that this document filed through the ECF system on February 8, 2010, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

By:   /s/ Angela Parker
        Angela Parker