# DONOVAN | HATEM LLP
*counselors at law*

PATRICIA B. GARY
617-406-4563 direct
pgary@donovanhatem.com

**VIA CM/ECF**

September 14, 2011

Honorable Richard G. Stearns
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: **Jessica Harrelson v. Seung Heun Lee, Case No. 1:09-cv-11714**

Dear Judge Stearns:

I am local counsel for the Defendant, Seung Heun Lee ("Lee"), in the above matter, and write to advise this Honorable Court of recent developments which may impact this case.

Attorney Ryan Kent ("Mr. Kent") is counsel for the Plaintiff, Jessica Harrelson, ("Harrelson") in this action, and Mr. Kent also represents the plaintiffs in the Arizona federal lawsuit, *Barba v. Lee, et al.*, Case No. CV 09-1115-PHX-SRB (the "Arizona Lawsuit"). As Lee explained in a Reply Memorandum (the "Reply") and Affidavit of Alan D. Kaplan ("Kaplan Affidavit") the federal judge in Arizona, Honorable Susan R. Bolton, gave Mr. Kent until September 12, 2011 to "come up with a plan as to how you by yourself are going to continue to pursue this lawsuit."[1] Another status conference was scheduled for September 12, 2011.

Mr. Kent, rather than "come up with a plan", as requested by the Arizona Court, filed a Motion to Withdraw as Attorney of Record for Plaintiffs (attached hereto as Exhibit 1), and a Declaration of Ryan A. Kent (attached hereto as Exhibit 2).

Lee's counsel, Alan D. Kaplan, was present in Arizona at the status conference on September 12, 2011 before Judge Bolton when Mr. Kent's motion to withdraw as counsel was preliminarily addressed. Attorney Kaplan advises me that at the court conference he questioned, on the record, whether Mr. Kent, in light of his professed inability to proceed in Arizona, was intending to proceed with the Massachusetts case,

---

[1] Lee's Reply and the Kaplan Affidavit explain that on August 8, 2011, at a status conference in the Arizona Action, the plaintiffs' counsel admitted to the Court that he was unable to meet plaintiffs' discovery obligations. A transcript of the status conference is attached as Exhibit G to the Kaplan Affidavit. Mr. Kent stated that "it's become abundantly clear to me that I'm unable to meet the plaintiff's discovery obligations . . . " Exh. G, page 5. As a result, Judge Bolton gave Mr. Kent until September 12 to come up with "a specific plan as to how you by yourself are going to continue to pursue this lawsuit . . ." Exh. G, p. 30.

Seaport East
Two Seaport Lane
Boston, MA 02210

617 406 4500 main
617 406 4501 fax
www.donovanhatem.com

BOSTON | NEW YORK | NEW JERSEY

Honorable Richard G. Stearns
United States District Court for the District of Massachusetts
September 14, 2011
Page 2 of 2

or whether he would be moving to withdraw as counsel in the Massachusetts action as well. (A copy of the transcript of the September 12, 2011 status conference is attached hereto as Exhibit 3.) Mr. Kent indicated that it was his intention to withdraw as counsel in Massachusetts, and although he thought he could line up substitute counsel, "nothing has been signed" and it may take weeks. See Exh. 3, p. 9-12.

Accordingly, it is unclear at this time whether Ms. Harrelson will continue to be represented by counsel in this case and/or whether she will be able to provide the documents which she contends support her alter ego allegations.

Very truly yours,

/s/Patricia B. Gary

cc: Kenneth B. Walton, Esq.
    Alan D. Kaplan, Esq.
    Richard Y. Im, Esq.
    Adam Stein, Esq.
    Ryan A. Kent, Esq.

01396273